United States District Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT GANDY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-3487 |
| | § | |
| HARRIS COUNTY, | § | |
| *et al.* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On October 18, 2021, trial of this case began. Plaintiff Robert Gandy ("Gandy") and Defendant Harris County appeared and announced ready for trial, and the case was tried to a jury from October 18, 2021 to October 20, 2021. At the conclusion of Plaintiff Gandy's case in chief, and again at the close of all the evidence, Defendant Harris County moved for judgment as a matter of law as to Plaintiff Gandy's claims. Fed. R. Civ. P. 50(a). The Court denied Defendant Harris County's motion as to Plaintiff Gandy's § 1983 municipal liability claim.

The case was submitted to the jury on October 20, 2021. The jury questions and answers, (Instrument No. 179), were as follows:

## QUESTION NO. 1

Did Plaintiff prove by a preponderance of the evidence that Harris County, at the time of Plaintiff's criminal trial in September 1990, had a policy or custom that was the moving force which lead to a violation of the Plaintiff's constitutional rights?

Answer "Yes" or "No."

Answer: **NO**

If you have answered Question Number 1 "Yes," then answer Question Number 2. If your answer is "No," do not answer the next question. This ends your deliberations. Your foreperson should sign and date the last page of this verdict form and return it to the Court.

## QUESTION NO. 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Robert Gandy for the damages, if any, you have found were caused by Defendant Harris County?

Answer in dollars and cents for the following items and none other:

    1. Past pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, emotional distress, and lost wages.

    $ **NOT ANSWERED**

    2. Future pain and suffering, inconvenience, mental anguish, loss of enjoyment of life and emotional distress.

    $ **NOT ANSWERED**

Based on the verdict of the jury, **IT IS HEREBY ORDERED THAT** judgment is **GRANTED** in favor of Defendant. Accordingly, Plaintiff Gandy takes nothing from Defendant.

**THIS IS A FINAL JUDGMENT**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 20th day of October, 2021, at Houston, Texas.

                                              **VANESSA D. GILMORE**
                                      **UNITED STATES DISTRICT JUDGE**